FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 21-02169-JWB | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|
| Case Name: | DONLEY, SCOTT L. | Date Filed (f) or Converted (c): | 09/21/2021 (f) |
| For the Period Ending: | 2/11/2022 | §341(a) Meeting Date: | 10/27/2021 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   10773 North Avenue Dowling MI 49050-0000 | $400,000.00 | $70,925.41 | | $0.00 | $400,000.00 |
| 2   Make: Volvo Model: S80 Year: 2007 Mileage: Over 140,000 Other Information: Location: 10773 North Avenue, Dowling MI 49050 | $800.00 | $0.00 | | $0.00 | FA |
| 3   2008 Ford F150 Mileage: 240,000 Other Information: Poor condition, needs CV axles, steering shaft, front end work (possibly a replacement) | $500.00 | $0.00 | | $0.00 | FA |
| 4   Household goods & furnishings | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   After investigation, trustee determined no value to the estate in this asset. | | | | | |
| 5   Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 6   Pet cat $5 an dog $50 | $55.00 | $0.00 | | $0.00 | FA |
| 7   Savings and 17.1. checking Advia Credit Union | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   After investigation, trustee determined no value to the estate in this asset. | | | | | |

**TOTALS (Excluding unknown value)**                                                                         **Gross Value of Remaining Assets**

$404,955.00            $70,925.41                                            $0.00           $400,000.00

**Major Activities affecting case closing:**

| 02/09/2022 | CHECKING VALUE OF REAL ESTATE: 10773 North Avenue, Dowling MI. ASSET LISTED WITH REALTOR. |
| 02/09/2022 | DEPOSIT FOR SALE THAT DID NOT CLOSE |
| 12/06/2021 | ASSET CLOSING |
| | Notice of Possible Dividends |
| | Notice of Intent |
| | Notice to Professionals |
| | Clerk's Certification |
| | Attorney Application Order 12/03/21 - lld. |
| 11/05/2021 | MISC ASSETS WITH STATE X. $0.00 |

| Initial Projected Date Of Final Report (TFR): | 09/21/2022 | /s/ MARCIA R. MEOLI |
| Current Projected Date Of Final Report (TFR): | 09/21/2022 | MARCIA R. MEOLI |